## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **WALTER HUMPHREY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 10-2153-CM |
| ) | |
| **ERIC H. HOLDER, JR., in his official** ) | |
| **capacity as U.S. Attorney General,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the court on Mark B. Rockwell's motion to withdraw from representing plaintiff in this case and for a temporary stay of proceedings. (Doc. 54). Mr. Rockwell supports his motion with a letter from his doctor recommending that he "cease involvement in" this case because of medical concerns. Plaintiff does not object to Mr. Rockwell's request to withdraw.

Based on the doctor's recommendation, Mr. Rockwell's motion shall be GRANTED. However, Mr. Humphrey is admonished that discovery is complete and this matter is ready for the entry of a final pretrial order. The stay is for a limited period of time and Mr. Humphrey is strongly encouraged to secure the services of counsel as soon as possible to protect his legal interests. Further extensions of time will not be granted absent extraordinary circumstances.

**IT IS THEREFORE ORDERED** that Mr. Rockwell's motion to withdraw from representing plaintiff **(Doc. 54)** is GRANTED.

**IT IS FURTHER ORDERED** that a temporary stay is imposed to allow Mr. Humphrey time to hire new counsel. The stay will expire on **April 16, 2012** and it is imperative that new counsel promptly enter his or her appearance to protect Mr. Humphrey's legal interests in this case.

**IT IS FURTHER ORDERED** that plaintiff's motion for an extension of time to file objections to the order denying his motion for reconsideration **(Doc. 97)** is **GRANTED.** The deadline for filing an appeal of the order is **April 16, 2012.**

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 31st day of January 2012.

S/ Karen M. Humphreys

_____
KAREN M. HUMPHREYS
United States Magistrate Judge